IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROY LEE BAILEY                                                                                    PLAINTIFF

v.                                        CASE NO. 6:18-cv-06060

WARDEN JACKSON, *et al*.                                                                DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 18, 2018, by the Honorable James R. Marschsewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Marschewski recommends that this matter be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute the case. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Marschewski's Report and Recommendation *in toto*. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge